Andrew N. Kohn, Esq., SBN 166385
Janice Y. Walshok, Esq., SBN 261098
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: akohn@pettitkohn.com
jwalshok@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN BOONE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware Corporation; and; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:17-cv-6118 JAK (JCx) <br><br> **MODIFIED ORDER ON STIPULATED PROTECTIVE ORDER** |

Based on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Stipulated Protective Order (Docket No. 17) with the following modifications:

1. Paragraph 6 is modified to (a) omit "at trial or" in the first line; and (b) add the following language at the beginning: "Any use of confidential documents, things and information during a court hearing or at trial shall be governed by the orders of the presiding judge. This Order does not govern the use of confidential documents, things and information during a court hearing or at trial."

2. Paragraph 7 is modified to read as follows: "A party seeking to file papers that contain information and/or documents that have been designated as "Confidential," shall comply with Local Rule 79-5 (and in particular Local Rule 79-

5.2.2). Absent further order of the Court or written authorization of the designating party, papers that contain information and/or documents that have been designated as "Confidential" may not be filed in the public record except as provided in Local Rule 79-5."

3. Paragraph 8 is modified to add the following sentence to the end. "The aforementioned "return" obligation does not apply to the Court/Court personnel or to confidential documents, things and information and copies thereof in the possession of the Court/Court personnel."

**IT IS SO ORDERED.**

Dated: December 20, 2017  _____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge