UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN BOONE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-6118 JAK (JCx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 107)**<br><br>**JS-6** |

Good cause having been shown, the Court **APPROVES** the Stipulation. This matter is hereby dismissed in its entirety with prejudice and each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE